COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Herman Alfredo Lopez v. The State of Texas

Appellate case number:   01-18-00358-CR

Trial court case number:   16-CR-2498

Trial court:             212th District Court of Galveston County

On December 10, 2019, this Court struck the opening brief filed by appellant's appointed counsel and ordered the brief to be re-filed by December 30, 2019. On December 27, 2019, appointed counsel filed a motion requesting an additional sixty days to re-file an opening brief. The motion is **denied**. Unless this Court receives appellant's brief within **seven days** of the date of this order, we will once again abate the case and order the trial court to conduct a hearing pursuant to Texas Rule of Appellate Procedure 38.8(b). *See* TEX. R. APP. P. 38.8(b).

It is so ORDERED.

Judge's signature: /s/ Justice Sarah Beth Landau
                              Acting individually

Date:  December 30, 2019